# EXHIBIT 1

[GIRLS GUYS](#)

Sign in / Register *My Profile* My Orders *my message Service Records* My Wallet My Wishlist Recently Viewed My Address Book *Survey Center* My Points Sign Out

Sign in / Register *My Profile* My Orders *my message* My Coupons My Points Recently Viewed More Services Sign Out

⌂ {{summary.cartNum}}

{{tips.text}}

♡ {{wishNum}}

⌂

⌂

{{ lang_footer_customer }}

{{ SHEIN_PC_KEY_4097 }}

⊕

Location

Currency

USD

[International Site](#)

🔍

- [Home](#)
- Terms and conditions

# Terms and conditions

## 1. GENERAL

Welcome to ROMWE.com. We provide goods and services to you subject to the notices, terms, and conditions set forth in this agreement (the "Agreement") .We may from time to time change the terms that govern your use of our Site. We may change, move or delete portions of, or may add to, our Site from time to time. Every time you wish to use our site, please check these Terms and Conditions to ensure you understand the terms that apply at that time. ROMWE.com reserves the right to change this site and these terms and conditions at any time.

To shop with us, you need to be at least 16 years old. Any accessing, browsing, or otherwise using the site indicates your agreement to all the terms and conditions in this Agreement. If you disagree with any part of the Terms then you should discontinue access or use of the Site. Please read this Agreement carefully before proceeding.

Please also read our Privacy Policy regarding personal information provided by you. ROMWE.com may send electronic mail to you for the purpose of advising you of changes or additions to this Site, about any of ROMWE.com's products or services, or for such other purpose(s) as you agree. You can unsubscribe by using the link from any email newsletter or your personal subscribe setting after logged in.

If you have any query regarding the Conditions or the Data Protection Policies, you may contact us anytime at service@romwe.com.

## 2. USE OF OUR WEBSITE

When you use this website, you agree to the processing of the information and details and you state that all information and details provided are true and correspond to reality. You represent and warrant that you are at least 18 years old or visiting the Site under the supervision of a parent or guardian. Subject to the terms and conditions of this Agreement, ROMWE.com hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Site by displaying it on your internet browser only for the

purpose of shopping for personal items sold on the Site and not for any commercial use or use on behalf of any third party, except as explicitly permitted by ROMWE.com in advance. Any breach of this Agreement shall result in the immediate revocation of the license granted in this paragraph without notice to you.

Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit this Site or any portion of it unless expressly permitted by ROMWE.com in writing. You may not make any commercial use of any of the information provided on the Site or make any use of the Site for the benefit of another business unless explicitly permitted by ROMWE.com in advance. ROMWE.com reserves the right to refuse service, terminate accounts, and/or cancel orders in its discretion, including, without limitation, if ROMWE.com believes that customer conduct violates applicable law or is harmful to ROMWE.com's interests.

You shall not upload to, distribute, or otherwise publish through this Site any Content, information, or other material that: (a) violates or infringes the copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory, obscene, indecent, pornographic, or could give rise to any civil or criminal liability under local or international law; or (c) includes any bugs, viruses, worms, trap doors, Trojan horses or other harmful code or properties. ROMWE.com may assign you a password and account identification to enable you to access and use certain portions of this Site. Each time you use a password or identification, you will be deemed to be authorized to access and use the Site in a manner consistent with the terms and conditions of this Agreement, and ROMWE.com has no obligation to investigate the authorization or source of any such access or use of the Site.

You will be solely responsible for all access to and use of this site by anyone using the password and identification originally assigned to you whether or not such access to and use of this site is actually authorized by you, including without limitation, all communications and transmissions and all obligations (including, without limitation, financial obligations) incurred through such access or use. You are solely responsible for protecting the security and confidentiality of the password and identification assigned to you. You shall immediately notify ROMWE.com of any unauthorized use of your password or identification or any other breach or threatened breach of this Site's security.

In accordance with Customs regulations customers must provide valid and accurate data. All consignee names, address and payers name should be valid. Certain countries request that the consignee submit their ID or passport to clear the package or for payment verification purposes. It is the customers sole responsible for the accuracy of data that they provide to us. Should any information be incorrect and prevent any shipment or deliveries or customs clearance, we will not hold responsible and will not offer any compensation in such cases.

ROMWE.com will always comply with the law, and we kindly remind users to do the same. As the importer customers are responsible to comply with all laws and regulations in their own countries. Please refer to our privacy policy for more information.

## 3. DATA & INFORMATION POLICY

When you use this website and place orders through it, you agree to provide us with your email address, postal address and/or other contact details truthfully and exactly. You also agree that we may use this information to contact you in the context of your order if necessary

We respect your right to privacy. To see how we collect and use your personal information, please see our Privacy Policy.

## 4. ERRORS

In case you detect that an error occurred when entering your personal data during your registration as a user of this website, you can modify them in the section "My Account". In any case, you will be able to correct errors related to the personal data provided during the purchase process by contacting us, as well as exercising the right of rectification contemplated in our Privacy Policy through ROMWE.com. This website displays confirmation boxes in various sections of the purchase process that do not allow the order to

continue if the information in these sections has not been correctly provided. Also, this website offers details of all the items you have added to your shopping cart during the purchase process, so that before making the payment, you can modify the details of your order.

If you detect an error in your order after the completion of the payment process, you should immediately contact our customer service or email address above to correct the error.

While ROMWE.com strives to provide accurate product and pricing information, pricing or typographical errors may occur. ROMWE.com cannot confirm the price of an item until after you order. In the event that an item is listed at an incorrect price or with incorrect information due to an error in pricing or product information, ROMWE.com shall have the right, at our sole discretion, to refuse or cancel any orders placed for that item. In the event that an item is mis-priced, ROMWE.com may, at our discretion, either contact you for instructions or cancel your order and notify you of such cancellation.

## 5. TRADE RULES

### 5.1 Price and Payment

All prices are inclusive of VAT (where applicable) at the rate appropriate to the country of receipt and are correct at the time of entering the information on to the system. If for some reason we are unable to ship your goods, the value of the items that are not shipped will be refunded to your wallet in your ROMWE.com Account or to the original method of payment.

All prices are exclusive of delivery charges. The total cost of the order is the price of the products ordered plus the delivery charge.

Prices may change at any time, but (other than as set out above) changes shall not affect the orders for which we have sent an Order Confirmation.

Once you have selected all articles that you wish to buy, they will be added to your basket. The next step will be to process the order and make the payment. To that end, you must follow the steps of the purchase process, indicating or verifying the information requested in each step. Furthermore, throughout the purchase process, before payment, you can modify the details of your order. You are provided with a detailed description of the purchase process in the Shopping Guide. Also, if you are a registered user, a record of all the orders placed by you is available in "My Account" area. You may use, as payment method, the following cards: Visa, Mastercard, American Express, Union Pay, Paypal and online banking etc.

To minimize the risk of non-authorised access, your credit card details will be encrypted. Once we receive your order, we request a pre-authorisation on your card to ensure that there are sufficient funds to complete the transaction. The charge on your card will be made at the time your order leaves our warehouse.

When you click "Authorise Payment", you are confirming that the credit card is yours. Credit cards are subject to verification and authorisation by the card issuing entity. If the entity does not authorise the payment, we shall not be liable for any delay or failure to deliver and we will be unable to conclude any Contract with you.

For European Union customer, the payment is operated by our UK subsidiary ZENITH BUSINESS CO., LIMITED (ZENITH). ZENITH will be in charge of all the relevant issues relating to the payment of EU customer such as refund , cancellations, returns , purchase dispute as well as customer support etc.

### 5.2 Colors

We have made every effort to display, as accurately as possible, the colors of our products that appear at the Site. However, as the actual colors you see will depend on your monitor, we cannot guarantee that your monitor's display of any color will be accurate.

**5.3 Packing**

Unless otherwise provided, we will comply only with its minimum packing standards for the method of transportation selected. The cost of all special packing, loading or bracing requested by you will be paid for by you.

**5.4 Shipping & Delivery**

ROMWE.com ships from different warehouses in different country. For orders with more than item, we may split your order into several packages according to stock levels at our own discretion We aim to deliver orders within seven working days of orders being placed. However, sometimes during busy sale periods, deliveries may take longer. Please note that Saturday and Sunday are not classed as working days. If you have not received your delivery in ten working days please contact our Customer Services through service@romwe.com.

**5.5 Title and risk of loss**

Delivery to carrier shall constitute delivery to Buyer, and thereafter risk of loss or damage shall pass to Buyer. Any claim of Buyer relative to damage during shipping or delivery should be made directly to the carrier. Any claims by Buyer against Our Company for shortage or damage occurring prior to such delivery to carrier must be made within five (5) days after receipt of the goods and accompanied by original transportation bill signed by carrier noting that carrier received the goods from Our Company in the condition claimed. Notwithstanding passage of the risk of loss to Buyer, title and right of possession to the goods sold hereunder shall remain with Our Company until all payments hereunder, including deterred payments evidenced by notes or otherwise, Interest, carrying charges, shall have been made in cash, and Buyer agrees to do all acts necessary to perfect and maintain such right and title in Our Company.

**5.6 Return of product**

Goods can be returned in designated period. The exact return period and return policy differs from country to country. Please contact our customer service for the detailed information. Customers returning goods are responsible for freight charges.

Size wrong items and quality problem items can be exchanged. For defective products, If a defect or damage is confirmed on the returned products, we will give you a complete refund including the charges you have accrued of delivery and return. The refund will be paid either to your wallet of ROMWE.com account or to the original method of payment.

The following items cannot be returned or exchanged: bodysuits, lingerie & sleepwear, swimwear, jewelry, and accessories (except scarves, bags, and mermaid blankets).

**5.7 Reviews and Comments**

Except as otherwise provided elsewhere in this Agreement or on the site, anything that you submit or post to the site and/or provide ROMWE.com, including, without limitation, picture, video, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, "Submissions") is and will be treated as non-confidential and nonproprietary, and by submitting or posting, you agree to irrevocably license the entry and all IP rights related thereto (excluding the moral rights such as authorship right) to ROMWE.com without charge and ROMWE.com shall have the royalty-free, worldwide, perpetual, irrevocable, and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. All Submissions shall automatically become the sole and exclusive property of ROMWE.com and shall not be returned to you and you agree not to raise any dispute in connection with any use of the entry by ROMWE.com in the future.

You warrant that your Submissions, in whole or in part, are clear and free of any IP right infringement, disputes or third party claims. ROMWE.com assumes no liability for any misuse of copyright or any other rights of third parties by you. You undertake to defense for

and indemnify the Sponsor against any losses caused due to the use of the entries for any purposes.

In addition to the rights applicable to any Submission, when you post comments or reviews to the site, you also grant ROMWE.com the right to use the name that you submit with any review, comment, or other Content, if any, in connection with such review, comment, or other content. You represent and warrant that you own or otherwise control all of the rights to the reviews, comments, and other Content that you post on this site and that use of your reviews, comments, or other Content by ROMWE.com will not infringe upon or violate the rights of any third party. You shall not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead ROMWE.com or third parties as to the origin of any Submissions or Content. ROMWE.com may, but shall not be obligated to remove or edit any Submissions (including comments or reviews) for any reason.

## 6. INTELLECTUAL PROPERTY AND OWNERSHIP

Zoetop Business Co., Limited owns all intellectual property and other rights, title, and interest in and to the website, us.romwe.com, and related mobile application, including but not limited to the ROMWE trademark, copyrights in the website and related mobile application, and technologies used to provide you the services available on the website and related mobile application. You do not have, and will not acquire, any right, title or interest in or to any of our intellectual property. You have a limited, non-exclusive, revocable license to access and use the website and related mobile application in accordance with this Agreement.

ROMWE is a registered trademark and service mark of Zoetop Business Co., Limited.

## 7. THIRD PARTY LINKS AND RESOURCES

Where our site contains links to other sites and resources provided by third parties (including where our social media sharing plug-ins include links to third party sites), these links are provided for your information only. We have no control over the contents of those websites or resources and accept no responsibility for them or for any loss or damage that may arise from your use of them.

## 8. EVENTS BEYOND OUR CONTROL

We will not be liable for any non-compliance or delay in compliance with any of the obligations we assume under a Contract when caused by events that are beyond our reasonable control ("Force Majeure"). Force Majeure shall include any act, event, failure to exercise, omission or accident that is beyond our reasonable control, including, among others, the following:

- i. Strike, lockout or other forms of protest.
- ii. Civil unrest, revolt, invasion, terrorist attack or terrorist threat, war (declared or not) or threat or preparation for war.
- iii. Fire, explosion, storm, flood, earthquake, collapse, epidemic or any other natural disaster.
- iv. Inability to use trains, ships, aircraft, motorized transport or other means of transport, public or private.
- v. Inability to use public or private telecommunication systems.
- vi. Acts, decrees, legislation, regulations or restrictions of any government or public authority.
- vii. Strike, failure or accident in maritime or river transport, postal transport or any other type of transport.

It shall be understood that our obligations deriving from Contracts are suspended during the period in which Force Majeure remains in effect and we will be given an extension of the period in which to fulfil these obligations by an amount of time equal to the time that the situation of Force Majeure lasted. We will provide all reasonable resources to end the situation of Force Majeure or to find a solution that enables us to fulfil our obligations by virtue of the Contract despite the situation of Force Majeure.

## 9. LIABILITY AND WAIVING LIABILITY, STATUTORY CONSUMER RIGHTSN

Unless otherwise indicated expressly in these Conditions, our liability regarding any product acquired on our website shall be limited strictly to the price of purchase of said product. Notwithstanding the above, our liability shall not be waived nor limited in the following cases:

- i. in case of death or personal harm caused by our negligence;
- ii. in case of fraud or fraudulent deceit; or
- iii. in any case in which it was illegal or illicit to exclude, limit or attempt to exclude or limit our liability.

Notwithstanding the paragraph above, and to the extent legally allowed, and unless these Conditions indicate otherwise, we shall not accept any liability for the following losses, regardless of their origin:

- i. loss of income or sales;
- ii. operating loss;
- iii. loss of profits or contracts;
- iv. loss of forecast savings;
- v. loss of data; and
- vi. loss of business or management time.

Due to the open nature of this website and the possibility of errors in storage and transmission of digital information, we do not warrant the accuracy and security of the information transmitted or obtained by means of this website, unless otherwise indicated expressly on this website. All product descriptions, information and materials shown on this website are provided "as is", with no express or implied warranties or conditions of the same, except those legally established. In this sense, if you are contracting as a consumer or user, we are obliged to deliver goods that are in conformity with the Contract, being liable to you for any lack of conformity which exists at the time of delivery. It is understood that the goods are in conformity with the Contract if they: (i) comply with the description given by us and possess the qualities that we have presented in this website; (ii) are fit for the purposes for which goods of this kind are normally used; (iii) show the quality and performance which are normal in goods of the same type and which can reasonably be expected To the extent permitted by law, we exclude all warranties and conditions (whether express or implied), except those that may not be excluded legitimately.

## 10. APPLICABLE LEGISLATION AND JURISDICTION

The use of our website and the product purchase contracts through said website shall be governed by the law of State of California, USA. If you are entering into the contract as a consumer, nothing in this Clause shall affect the statutory rights you have, as recognized in any applicable legislation in this area.

{{item.titleGroup}}

- {{subItem.title}}

{{communityTitle}}

- ☐

APP

- 
-

**Sign up for ROMWE style news**

Your Email Address

Subscribe

**WE ACCEPT**

©2009-2020 ROMWE All Rights Reserved

- Privacy & Cookie Policy
- Terms & Conditions
- Copyright Notice

This site is protected by Trustwave's Trusted Commerce program DMCA.com Protection Status

# Terms & Conditions

## 1.GENERAL

Welcome to SHEIN.com. We provide goods and services to you subject to the notices, terms, and conditions set forth in this agreement (the "Agreement") .We may from time to time change the terms that govern your use of our Site. We may change, move or delete portions of, or may add to, our Site from time to time. Every time you wish to use our site, please check these Terms and Conditions to ensure you understand the terms that apply at that time. SHEIN.com reserves the right to change this site and these terms and conditions at any time.

To shop with us, you need to be at least 16 years old. Any accessing, browsing, or otherwise using the site indicates your agreement to all the terms and conditions in this Agreement. If you disagree with any part of the Terms then you should discontinue access or use of the Site. Please read this Agreement carefully before proceeding.

Please also read our Privacy Policy regarding personal information provided by you. SHEIN.com may send electronic mail to you for the purpose of advising you of changes or additions to this Site, about any of SHEIN.com's products or services, or fora such other purpose(s) as you agree. You can unsubscribe by using the link from any email newsletter or your personal subscribe setting after

M GET EXTRA 10%

**06**  H  **18**

WOMEN    CURVE + PLUS    MEN    KIDS    **SHEIN**    **Extra 10% OFF** YOUR FIRST ORDER    0

cami pj set



When you use this website, you agree to the processing of the information and details and you state that all information and details provided are true and correspond to reality. You represent and warrant that you are at least 18 years old or visiting the Site under the supervision of a parent or guardian. Subject to the terms and conditions of this Agreement, SHEIN.com hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Site by displaying it on your internet browser only for the purpose of shopping for personal items sold on the Site and not for any commercial use or use on behalf of any third party, except as explicitly permitted by SHEIN.com in advance. Any breach of this Agreement shall result in the immediate revocation of the license granted in this paragraph without notice to you.

Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit this Site or any portion of it unless expressly permitted by SHEIN.com in writing. You may not make any commercial use of any of the information provided on the Site or make any use of the Site for the benefit of another business unless explicitly permitted by SHEIN.com in advance. SHEIN.com reserves the right to refuse service, terminate accounts, and/or cancel orders in its discretion, including, without limitation, if SHEIN.com believes that customer conduct violates applicable law or is harmful to SHEIN.com's interests.

You shall not upload to, distribute, or otherwise publish through this Site any Content, information, or other material that: (a) violates or infringes the copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory, obscene, indecent, pornographic, or could give rise to any civil or criminal liability under local or international law; or (c) includes any bugs, viruses, worms, trap doors, Trojan horses or other harmful code or properties. SHEIN.com may assign you a password and account identification to enable you to access and use certain portions of this Site. Each time you use a password or identification, you will be deemed to be authorized to access and use the Site in a manner consistent with the terms and conditions of this Agreement, and SHEIN.com has no obligation to investigate the authorization or source of any such access or use of the Site.

You will be solely responsible for all access to and use of this site by anyone using the password and identification originally assigned to you whether or not such access to and use of this site is actually

consignee submit their ID or passport to clear the package or for payment verification purposes. It is the customers sole responsible for the accuracy of data that they provide to us. Should any information be incorrect and prevent any shipment or deliveries or customs clearance, we will not hold responsible and will not offer any compensation in such cases.

SHEIN.com will always comply with the law, and we kindly remind users to do the same. As the importer customers are responsible to comply with all laws and regulations in their own countries. Please refer to our privacy policy for more information.

## 3.DATA & INFORMATION POLICY

When you use this website and place orders through it, you agree to provide us with your email address, postal address and/or other contact details truthfully and exactly. You also agree that we may use this information to contact you in the context of your order if necessary

We respect your right to privacy. To see how we collect and use your personal information, please see our **Privacy Policy** .

## 4.ERRORS

In case you detect that an error occurred when entering your personal data during your registration as a user of this website, you can modify them in the section "My Account". In any case, you will be able to correct errors related to the personal data provided during the purchase process by contacting us, as well as exercising the right of rectification contemplated in our Privacy Policy through SHEIN.com. This website displays confirmation boxes in various sections of the purchase process that do not allow the order to continue if the information in these sections has not been correctly provided. Also, this website offers details of all the items you have added to your shopping cart during the purchase process, so that before making the payment, you can modify the details of your order.

GET EXTRA 10%

**06** H **18** M

WOMEN    CURVE + PLUS    MEN    KIDS    SHEIN    **Extra 10% OFF** YOUR FIRST ORDER    0

cami pj set



contact you for instructions or cancel your order and notify you of such cancellation.

# 5.TRADE RULES

## 5.1 Price and Payment

All prices are inclusive of VAT (where applicable) at the rate appropriate to the country of receipt and are correct at the time of entering the information on to the system. If for some reason we are unable to ship your goods, the value of the items that are not shipped will be refunded to your wallet in your SHEIN.com Account or to the original method of payment.

All prices are exclusive of delivery charges. The total cost of the order is the price of the products ordered plus the delivery charge.

Prices may change at any time, but (other than as set out above) changes shall not affect the orders for which we have sent an Order Confirmation.

Once you have selected all articles that you wish to buy, they will be added to your basket. The next step will be to process the order and make the payment. To that end, you must follow the steps of the purchase process, indicating or verifying the information requested in each step. Furthermore, throughout the purchase process, before payment, you can modify the details of your order. You are provided with a detailed description of the purchase process in the Shopping Guide. Also, if you are a registered user, a record of all the orders placed by you is available in "My Account" area. You may use, as payment method, the following cards: Visa, Mastercard, American Express, Union Pay, Paypal and online banking etc.

To minimize the risk of non-authorised access, your credit card details will be encrypted. Once we receive your order, we request a pre-authorisation on your card to ensure that there are sufficient funds to complete the transaction. The charge on your card will be made at the time your order leaves our warehouse.

When you click "Authorise Payment", you are confirming that the credit card is yours. Credit cards are subject to verification and authorisation by the card issuing entity. If the entity does not authorise the payment, we shall not be liable for any delay or failure to deliver and we will be unable to conclude any Contract with you.

GET EXTRA 10%

**06** H **18** M

WOMEN    CURVE + PLUS    MEN    KIDS    SHEIN    **Extra 10% OFF** YOUR FIRST ORDER    ⛉    🛍 0    ♡



cami pj set

We have made every effort to display, as accurately as possible, the colors of our products that appear at the Site. However, as the actual colors you see will depend on your monitor, we cannot guarantee that your monitor's display of any color will be accurate.

## 5.3 Packing

Unless otherwise provided, we will comply only with its minimum packing standards for the method of transportation selected. The cost of all special packing, loading or bracing requested by you will be paid for by you.

## 5.4 Shipping & Delivery

SHEIN.com ships from different warehouses in different country. For orders with more than item, we may split your order into several packages according to stock levels at our own discretion We aim to deliver orders within seven working days of orders being placed. However, sometimes during busy sale periods, deliveries may take longer. Please note that Saturday and Sunday are not classed as working days. If you have not received your delivery in ten working days please contact our Customer Services through service@shein.com .

## 5.5 Title and risk of loss

Delivery to carrier shall constitute delivery to Buyer, and thereafter risk of loss or damage shall pass to Buyer. Any claim of Buyer relative to damage during shipping or delivery should be made directly to the carrier. Any claims by Buyer against Our Company for shortage or damage occurring prior to such delivery to carrier must be made within five (5) days after receipt of the goods and accompanied by original transportation bill signed by carrier noting that carrier received the goods from Our Company in the condition claimed. Notwithstanding passage of the risk of loss to Buyer, title and right of possession to the goods sold hereunder shall remain with Our Company until all payments hereunder, including deterred payments evidenced by notes or otherwise, Interest, carrying charges, shall have been made in cash, and Buyer agrees to do all acts necessary to perfect and maintain such right and title in Our Company.

WOMEN  CURVE + PLUS  MEN  KIDS  **SHEIN**  **Extra 10% OFF** YOUR FIRST ORDER



0



cami pj set



charges you have accrued of delivery and return. The refund will be paid either to your wallet of SHEIN.com account or to the original method of payment.

The following items cannot be returned or exchanged: bodysuits, lingerie & sleepwear, swimwear, jewelry, and accessories (except scarves, bags, and mermaid blankets).

## 5.7 Reviews and Comments

Except as otherwise provided elsewhere in this Agreement or on the site, anything that you submit or post to the site and/or provide SHEIN.com, including, without limitation, picture, video, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, "Submissions") is and will be treated as non-confidential and nonproprietary, and by submitting or posting, you agree to irrevocably license the entry and all IP rights related thereto (excluding the moral rights such as authorship right) to SHEIN.com without charge and SHEIN.com shall have the royalty-free, worldwide, perpetual, irrevocable, and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. All Submissions shall automatically become the sole and exclusive property of SHEIN.com and shall not be returned to you and you agree not to raise any dispute in connection with any use of the entry by SHEIN.com in the future.

You warrant that your Submissions, in whole or in part, are clear and free of any IP right infringement, disputes or third party claims. SHEIN.com assumes no liability for any misuse of copyright or any other rights of third parties by you. You undertake to defense for and indemnify the Sponsor against any losses caused due to the use of the entries for any purposes.

In addition to the rights applicable to any Submission, when you post comments or reviews to the site, you also grant SHEIN.com the right to use the name that you submit with any review, comment, or other Content, if any, in connection with such review, comment, or other content. You represent and warrant that you own or otherwise control all of the rights to the reviews, comments, and other Content that you post on this site and that use of your reviews, comments, or other Content by SHEIN.com will not infringe upon or violate the rights of any third party. You shall not use a false e-

WOMEN     CURVE + PLUS     MEN     KIDS



Extra 10% OFF YOUR FIRST ORDER

0

cami pj set

Zoetop Business Co., Limited owns all intellectual property and other rights, title, and interest in and to the website, us.shein.com , and related mobile application, including but not limited to the SHEIN trademark, copyrights in the website and related mobile application, and technologies used to provide you the services available on the website and related mobile application. You do not have, and will not acquire, any right, title or interest in or to any of our intellectual property. You have a limited, non-exclusive, revocable license to access and use the website and related mobile application in accordance with this Agreement.

SHEIN is a registered trademark and service mark of Zoetop Business Co., Limited.

## 7.THIRD PARTY LINKS AND RESOURCES

Where our site contains links to other sites and resources provided by third parties (including where our social media sharing plug-ins include links to third party sites), these links are provided for your information only. We have no control over the contents of those websites or resources and accept no responsibility for them or for any loss or damage that may arise from your use of them.

## 8. EVENTS BEYOND OUR CONTROL

We will not be liable for any non-compliance or delay in compliance with any of the obligations we assume under a Contract when caused by events that are beyond our reasonable control ("Force Majeure"). Force Majeure shall include any act, event, failure to exercise, omission or accident that is beyond our reasonable control, including, among others, the following:

- i.Strike, lockout or other forms of protest.
- ii.Civil unrest, revolt, invasion, terrorist attack or terrorist threat, war (declared or not) or threat or preparation for war.
- iii.Fire, explosion, storm, flood, earthquake, collapse, epidemic or any other natural disaster.
- iv.Inability to use trains, ships, aircraft, motorized transport or other means of transport, public or private.

enables us to fulfil our obligations by virtue of the Contract despite the situation of Force Majeure.

# 9. LIABILITY AND WAIVING LIABILITY, STATUTORY CONSUMER RIGHTS

Unless otherwise indicated expressly in these Conditions, our liability regarding any product acquired on our website shall be limited strictly to the price of purchase of said product. Notwithstanding the above, our liability shall not be waived nor limited in the following cases:

   i. in case of death or personal harm caused by our negligence;
   ii. in case of fraud or fraudulent deceit; or
   iii. in any case in which it was illegal or illicit to exclude, limit or attempt to exclude or limit our liability.

Notwithstanding the paragraph above, and to the extent legally allowed, and unless these Conditions indicate otherwise, we shall not accept any liability for the following losses, regardless of their origin:

   i. loss of income or sales;
   ii. operating loss;
   iii. loss of profits or contracts;
   iv. loss of forecast savings;
   v. loss of data; and
   vi. loss of business or management time.

Due to the open nature of this website and the possibility of errors in storage and transmission of digital information, we do not warrant the accuracy and security of the information transmitted or obtained by means of this website, unless otherwise indicated expressly on this website. All product descriptions, information and materials shown on this website are provided "as is", with no express or implied warranties or conditions of the same, except those legally established. In this sense, if you are contracting as a consumer or user, we are obliged to deliver goods that are in conformity with the Contract, being liable to you for any lack of conformity which exists at the time of delivery. It is understood that the goods are in conformity with the Contract if they: (i) comply with the description given by us and possess the qualities that we have presented in this website; (ii) are fit for the purposes for which goods of this kind are normally used; (iii) show the quality and performance which

**06** H **18** M

WOMEN    CURVE + PLUS    MEN    KIDS    SHEIN    Extra 10% OFF YOUR FIRST ORDER    0

cami pj set

The use of our website and the product purchase contracts through said website shall be governed by the law of State of California, USA. If you are entering into the contract as a consumer, nothing in this Clause shall affect the statutory rights you have, as recognized in any applicable legislation in this area.

### COMPANY INFO

About SHEIN
Social
Responsibility
Affiliate
Fashion Blogger
Student
Discount

### HELP & SUPPORT

Shipping Info
Returns
How To Order
How To Track
Size Guide

### CUSTOMER CARE

Contact Us
Payment & Tax
Bonus Point
Klarna
Afterpay

### FIND US ON

### APP

### SIGN UP FOR SHEIN STYLE NEWS

Your Email Address               SUBSCRIBE

### WE ACCEPT



©2009-2020 SHEIN All Rights Reserved

Privacy & Cookie Policy    Terms & Conditions
Copyright Notice

GET EXTRA 10%





# EXHIBIT 2



| Order Issues | Delivery | Return & Refund | Payment & Promos | Product & Stock | Account |

**What is SHEIN call center number?**

**Can I change/modify my shipping address/sizes?**

**Do all of your items ship from the USA?**

SHEIN has multiple warehouses all over the world. We have warehouses in California, New Jersey, China, Dubai and Belgium.

Your items will be shipped from the nearest facility that stocks the item you ordered.

Was this article helpful?

👍 👎

**Why I didn't get an email about my order being shipped?**

**Can I cancel my order?**

View More ⌄



# EXHIBIT 3













## SAN JOSE STYLES





SHEIN Paperbag Waist Skinny Pants With Belt
**US$13.00**



One Shoulder Top With Panty Bikini Set
**US$12.00**



SHEIN Pocket Side Drawstring Waist Utility Pants
**US$15.00**



GET EXTRA 10%





SHEIN Campus Babes | Campus     ×     +

← → C   ⓘ Not secure | us.shein.com/campaign/SHEINCampusBabes?icn=campaign&ici=us_tab01navbar12menu06dir02&scici=navbar_2~~tab01navbar12menu06dir02~~12_6_2~~campaign_sheincampusbabes~...

WOMEN    CURVE + PLUS    MEN    KIDS                    **SHEIN**                    Extra 10% OFF YOUR FIRST ORDER

NEW IN    CLOTHING    #SHEINatHome    SPRING 2020    DRESSES    TOPS    SWIMWEAR    SHOES & ACC    LIFESTYLE & HOME    BEAUTY    SALE    EXPLORE



SHEIN 4 Paws | SHEIN

Not secure | us.shein.com/campaign/USSHEIN4paws?icn=campaign&sici=us_tab01navbar12menu10dir01&sici=navbar_2~~tab01navbar12menu10dir01~~12_10_1~~campaign_usshein4paws~~~~0~~0

WOMEN    CURVE + PLUS    MEN    KIDS

**SHEIN**

Earn $5 when you update your profile!

NEW IN   CLOTHING   #SHEINathome   SPRING 2020   DRESSES   TOPS   SWIMWEAR   SHOES & ACC   LIFESTYLE & HOME   BEAUTY   SALE   EXPLORE



GET EXTRA 10% ▲



GET EXTRA 10% ▲

SHEIN 4 Paws | SHEIN

us.shein.com/campaign/USSHEIN4paws?icn=campaign&sici=us_tab01navbar12menu10dir01&sici=navbar_2~~tab01navbar12menu10dir01~~12_10_1~~campaign_usshein4paws~~~~0~~0

# SHEIN SAMPLE SALE EVENT



GET EXTRA 10%

SHEIN 4 Paws | SHEIN

us.shein.com/campaign/USSHEIN4paws?icn=campaign&sici=us_tab01navbar12menu10dir01&sici=navbar_2~~tab01navbar12menu10dir01~~12_10_1~~campaign_usshein4paws~~~~0~~0

GET EXTRA 10%



**facebook** · **Sign Up**

📅 Events

Events



NOV
20

### Fall for ROMWE Tour: UC San Diego
Public · Hosted by **ROMWE**

🕐 Wednesday, November 20, 2019 at 10:00 AM – 6:00 PM PST
about 9 months ago

📍 UCSD - University of California San Diego
San Diego, CA                                    Show Map

**3 Went · 21 Interested**
Share this event with your friends

**Details**

ROMWE PRESENTS: FALL FOR ROMWE Tour

Make sure you press GOING!

📅When? Wednesday, November 20, 2019 from 10AM to 6PM
🏠Where? Outside Giesel Library
🏆What? Bring your #ROMWEBabes to enjoy fun activities and meet our
ROMWE Campus Events Team. Complete a variety of steps to walk away
with cute ROMWE accessories! Come learn more about the ROMWE Brand
Ambassador Program.

Party   Kid Friendly   Fashion

facebook    **Sign Up**

Events

Events





GIRLS 😍   GUYS 😎

**ROMWE**
@Romwe.official

Home
Shop
Photos
About
Community
Posts
Iconosquare
Twitter
Welcome
Videos
Groups
**Events**

Create a Page

**12%** ORDERS $35+ / **15%** ORDERS $55+ / **18%** ORDERS $95+   Code: RBFF

👍 Like   ↗ Share   ✏ Suggest Edits   ⋯   Shop Now   💬 Send M

**Upcoming Events**   ↗ Shar

ROMWE does not have any upcoming events.

**Past Events**

NOV 20   **Fall for ROMWE Tour: UC San Diego**   UCSD - University of Californ...
Wed 10:00 AM PST · 24 guests   San Diego, CA

OCT 29   **Fall for ROMWE Tour: CSU Fullerton**   California State University, F...
Tue 10:00 AM PDT · 4 guests   Fullerton, CA

OCT 17   **Fall for ROMWE Tour: Cal Poly Pomona**   Cal Poly Pomona
Thu 10:00 AM PDT · 8 guests   Pomona, CA

OCT 15   **Fall for ROMWE Tour: CSU Long Beach**   California State University, L...
Tue 10:00 AM PDT · 12 guests   Long Beach, CA

OCT 2   **Fall for ROMWE Tour: UC Irvine**   UC Irvine Student Center
Wed 10:00 AM PDT · 13 guests   Irvine, CA

MAY 29   **ROMWE Summer Tour: UC Santa Barbara**   UC Santa Barbara
Wed 10:00 AM PDT · 11 guests   Santa Barbara, CA

MAY 28   **ROMWE Summer Tour: UC Irvine**   University of California, Irvine
Tue 10:00 AM PDT · 9 guests   Irvine, CA

MAY 23   **ROMWE Summer Tour: UC Riverside**   UC Riverside
Thu 10:00 AM PDT · 22 guests   Riverside, CA

## About Us

SHEIN is an international B2C fast fashion e-commerce platform. The company mainly focuses on women's wear, but it also offers men's apparel, children's clothes, accessories, shoes, bags and other fashion items. SHEIN mainly targets Europe, America, Australia, and the Middle East along with other consumer markets. The brand was founded in October 2008, and since then it has upheld the philosophy that "everyone can enjoy the beauty of fashion." Its business covers more than 220 countries and regions around the world.

## Our Mission

SHEIN prides itself on offering on-trend styles catering to both young women and teens, that won't break the bank. SHEIN adheres to the concept that "everyone can enjoy the beauty of fashion." SHEIN is able to stay on top of the latest fashion trends from around the globe while rapidly bringing these styles to market. So whether you're searching for boho dresses and graphic tees or patterned blouses and chic swimwear, SHEIN is the ultimate one-stop-shop for the modern yet economical fashionista. It aims to promptly offer stylish quality products at appealing prices to every user in the world.

## Where You Can Find Us

SHEIN now ships to over 220 countries and regions worldwide. With websites supporting the United States, Spain, France, Russia, Germany, Italy, Australia and the Middle East, SHEIN ships from one of its many globally positioned warehouses. SHEIN continues to thrive due in part to the company's values in controlling the excellence of in-house production. SHEIN aims to provide the highest value trendy pieces while also being dedicated to quality, value and service.







# EXHIBIT 4

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 2,437,750
Registered Mar. 27, 2001

# TRADEMARK
## PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF A WELT STITCH
LOCATED AROUND THE PERIMETER OF FOOT-
WEAR. THE PHANTOM LINING IS NOT A PART
THE MARK, BUT MERELY INDICATES THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# EXHIBIT 5

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 2,437,751
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED FOR THE COLOR YELLOW, AND CLAIM IS MADE TO COLOR.

THE MARK CONSISTS OF THE COMBINATION OF YELLOW STITCHING IN THE WELT AREA AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-TORNEY

# EXHIBIT 6

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,102,468

Registered Oct. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1992, FIRST USED IN ANOTHER FORM IN 1978; IN COMMERCE 9-0-1992, FIRST USED IN COMMERCE IN ANOTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF THE MARK, BUT MERELY INDICATES THE POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF AN UNDERSOLE.

SER. NO. 74-502,418, FILED 3-21-1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# EXHIBIT 7

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,067,689**

**Registered Oct. 25, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1960; IN COMMERCE 00-00-1984

The mark consists of the design of a sole edge including longitudinal ribbing, and a dark color band over a light color. The phantom lining is not a part of the mark, but merely indicates the position of the mark.

OWNER OF U.S. REG. NO. 2437751, 2437750, 2104349

SEC.2(F)

SER. NO. 86-939,691, FILED 03-14-2016
EUGENIA K MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT 8

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,067,692**

**Registered Oct. 25, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1960; IN COMMERCE 00-00-1984

The mark consists of longitudinal ribbing and a dark color band over a light color on the outer sole edge, welt stitching, and a tab located at the top back heel of footwear. The phantom lining is not a part of the mark, but merely indicates the position of the mark.

OWNER OF U.S. REG. NO. 2437750, 2341976, 2104349

SEC.2(F)

SER. NO. 86-939,740, FILED 03-14-2016
EUGENIA K MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,835,657
Registered Apr. 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
NENE PARK STATION ROAD
IRTHLINGBOROUGH, NORTHANTS, UNITED
KINGDOM NN9 5QG

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1984.

OWNER OF U.S. REG. NOS. 1,940,547, 1,946,294
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE DESIGN OF A LOOP LOCA-
TED AT THE TOP OF THE HEEL OF FOOTWEAR,
APART FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE COLORS
YELLOW AND BLACK, AND COLOR IS CLAIMED
AS A FEATURE OF THE MARK. THE PHANTOM
LINING IS NOT A PART OF THE MARK, BUT
MERELY INDICATES THE POSITION OF THE
MARK

THE MARK CONSISTS OF THE WORD "AIR-
WAIR" IN STYLIZED YELLOW LETTERING ON A
BLACK LOOP AFFIXED TO THE HEEL OF FOOT-
WEAR, AS SHOWN IN THE ACCOMPANYING
DRAWING.

SER. NO. 75-450,053, FILED 3-13-1998.

DOUGLAS LEE, EXAMINING ATTORNEY

# EXHIBIT 10

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,904,858
Registered Nov. 23, 2004

## TRADEMARK
### PRINCIPAL REGISTER

*AirWair*

R. GRIGGS GROUP LIMITED (UNITED KING-DOM CORPORATION)
NENE PARK, STATION ROAD
IRTHLINGBOROUGH, NORTHANTS, UNITED KINGDOM NN9 5QG

FOR: CLOTHING, NAMELY, FOOTWEAR, COATS, JACKETS, ANORAKS, PARKAS, T-SHIRTS, POLO SHIRTS, LONG AND SHORT SLEEVED SHIRTS, BLOUSES, TANK TOPS, SWEATERS, SWEATSHIRTS, SWEATPANTS, PANTS, JEANS, SHORTS, SKIRTS, DRESSES, VESTS, WAISTCOATS,

BELTS, SOCKS, HATS, GLOVES, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1960; IN COMMERCE 9-1-1984.

OWNER OF U.S. REG. NOS. 1,940,547, 1,940,548, AND 1,946,294.

SER. NO. 78-258,712, FILED 6-5-2003.

DEZMONA MIZELLE, EXAMINING ATTORNEY

# EXHIBIT 11

Int. Cl.: **25**

Prior U.S. Cl.: **39**

Reg. No. 1,940,547

**United States Patent and Trademark Office**

Registered Dec. 12, 1995

New Cert.

OG Date Dec. 23, 2008

### TRADEMARK
### PRINCIPAL REGISTER
### REGISTRATION ASSIGNED



AIRWAIR INTERNATIONAL LTD. (UNITED KINGDOM CORPORATION)
COBB'S LANE
WOLLASTON, NORTHAMPTONSHIRE, UNITED KINGDOM NN29 7SW
    OWNER OF U.S. REG. NO. 1,517,274.
    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOLES", APART FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE COLOR YELLOW AND COLOR IS A FEATURE OF THE MARK.

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
    FIRST USE 4-0-1961; IN COMMERCE 9-0-1984.
    SER. NO. 74-522,326, FILED 5-4-1994.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 23, 2008.*



**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# EXHIBIT 12

# United States of America

## United States Patent and Trademark Office

# WITH BOUNCING SOLES

**Reg. No. 6,167,927**

**Registered Oct. 06, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

AIRWAIR INTERNATIONAL LTD.  (UNITED KINGDOM CORPORATION)
Cobb's Lane
Wollaston, Northants, UNITED KINGDOM NN297SW

CLASS 25: Footwear; Clothing, namely, shirts, socks, hats, and scarves

FIRST USE 00-00-1965; IN COMMERCE 9-00-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3070408, 1940547, 3070409, 1940548

No claim is made to the exclusive right to use the following apart from the mark as shown: "SOLES" FOR FOOTWEAR IN INTERNATIONAL CLASS 025

SER. NO. 88-820,543, FILED 03-04-2020



Director of the United States
Patent and Trademark Office



# EXHIBIT 13























GET EXTRA 10% ↓

































































← → ↻ ⌂   🔒 https://us.shein.com/Lace-up-Front-Combat-Boots-p-855471-cat-1748.html?scici=navbar_Wo...   ☆   ⊘ 🔵 🔵   ☆ ⊞ ⊕ ⟲ ···

Free Standard Shipping on Orders of $9.90+    **02** H **44** M **43** S

WOMEN   CURVE + PLUS   MEN   KIDS   BEAUTY          **SHEIN**          Free Standard Shipping on orders over US$9.90    🧍 🛍 0   ♡ 0   ☎   ⊕

NEW IN   #SHEINathome   FW2020   CLOTHING   DRESSES   TOPS   SHOES & ACCS   HOME   SALE   EXPLORE          preppy dress   🔍

Home / Women / Shoes / Boots / Lace-up Front Combat Boots

Lace-up Front Combat Boots    ⬆
SKU: swshoes03190919694

★★★★⯪ 2036 Reviews

**US$45.00**

or 4 interest-free payments of US$11.25 by afterpay⬀ ❓

**Size** (us)

EUR36 (6)    EUR37 (6.5)    EUR38 (7)
EUR39 (7.5)    EUR40 (8.5)    EUR41 (9)

📏 Size Guide    ⊙ Check My Size

**ADD TO BAG**    ♡

Earn 45 SHEIN Points

🚚 **Free Shipping** ❓
   Free standard shipping on orders over US$9.90
   Estimated to be delivered on 09/04/2020.

🛡 **Free Return & Exchange** ❓
   Learn More

Size & Fit    +

Description    +

GET EXTRA 10%




























# SHEIN

Earn $5 when yo

S & ACC    BEAUTY    SALE    EXPLORE

Home / Men / Men Shoes / Men Boots / Men Lace-up Martin Boots



f ⊙ ◎ ⌾ ⓟ ⌾ ⓣ

## Men Lace-Up Martin Boots

In Stock    SKU: shoes181119314    ★★★★★ ( 651 Reviews )

## US$40.00

Size    ✎ Size Guide    ⌵ Check My Size

| EUR35 | EUR36 | EUR37 | EUR38 | EUR39 | EUR40 | EUR41 |
|-------|-------|-------|-------|-------|-------|-------|
| (US)  |       |       |       |       | 7.5   | 8     | 8.5 |

| EUR42 | EUR43 | EUR44 | EUR45 | EUR46 |
|-------|-------|-------|-------|-------|
| 9     | 9.5   | 10.5  | 11    | 11.5  |

Qty    —    1    +

Total : US$40.00    Earn  40  SHEIN Points

**ADD TO BAG**    ♡

| SIZE & FIT | DESCRIPTION | DELIVERY | FREE RETURN & EXCHANGE |
|------------|-------------|----------|------------------------|

● US    ○ UK    ○ CM

| US | | | | |
|----|-------|-------|-------|-------|
| Size | EUR35 | EUR36 | EUR37 | EUR38 |
| Leg Circumference | 10.0 | 10.0 | 10.0 | 10.0 |
| Shoes Inner Length | 9.0 | 9.0 | 9.5 | 9.5 |
| Heel Height | 1.0 | 1.0 | 1.0 | 1.0 |
| Platform Height | 1.0 | 1.0 | 1.0 | 1.0 |













































# EXHIBIT 14













































★★★★ t***3
Love these shoes!!! Almost identical to the doc marten sandals and are so comfy as well. Mine just say to fit so maybe order the next size up.
Translate
Size: EUR38 Colour: Black
17 Aug 2019

★★★★★ s***4
Cute, fit just right
Translate
Size: EUR38 Colour: Black
16 Aug 2019

★★★★★ r***5
These are really cute and decent quality.
Translate
Size: EUR39 Colour: Black
15 Aug 2019

◀ 1 ... 23 24 25 26 27 ... 59 ▶

**Customers Also Viewed**

★★★☆☆ L***e
The straps were uncomfortable but the sole is so cushioning. I wear a Eur40 in other shoes but these were too small
Translate
Size: EUR40 Colour: Black
3 Sep 2019

★★★☆☆ F***a
I liked them so much as they are a dupe dr marten, but they made my feet look wide
Translate
Size: EUR39 Colour: Black
26 Aug 2019

★★☆☆☆ e***3
Weight: 55 Kg / 121.3 Lbs
Height: 167 cm / 65.7 in
More ∨
Sooooooo disappointing. The product is really comfy and looks really cool but it is way too small. I'm a size 8/8.5 and I usually go up and order a size 39 just in case but even that was too small and now the size 40 is sold out. Hopefully they can restock these so I can reorder. Also idk if this is supposed to happen, but the hardware on the strap pops off...like is the strap removable? Cuz it don't look like it's supposed to come off like is does...
Translate
Overall Fit: Small Size: EUR39 Colour: Black
15 Aug 2019

◀ 1 ... 37 38 39 40 41 ... 59 ▶









s***5 ★★★★★
11 Jan,2020

i wear a 37.5. but ordered a 36 and they fit perfect. not secure at the front so your feet might slide forward. overall really cute and a believable knockoff of the doc martens

Translate

Colour: Black    Item Size: EUR37

Overall Fit: Large

---

★★★★★
Very similar style to DM sandals!
Translate
Size: EUR37  Colour: Black                                    16 Jan,2020

★★★★★
a tad too small
Translate
Size: EUR36  Colour: Black                                    13 Jan,2020

★★★★★
Very true to image! Just as you would imagine.
The straps are thin though
Translate
Size: EUR37  Colour: Black                                    3 Dec,2019

◄  1 ... 15  16  **17**  18  19 ... 59  ►

## Customers Also Viewed

GET GBP£3 OFF







All Reviews (176)    Image (45)                                          Rating  All   Size  All   Sort by  Recommend

m***t                          ★★★★★
                               Not good!
                               Translate                                                                         👍
                               Size: EUR40  Colour: Black
                                                                                                    1 Sep.2019

m***e                          ★★★★★
Foot Length: 25.0 cm / 9.8 in  Very similar to dr marten sandals, good quality
Age range: 18 to 24            Translate                                                                         👍
                               Overall Fit: True to Size  Size: EUR39  Colour: Black
                                                                                                    28 Jun.2020

N***A                          ★★★★★
Weight: 63kg/138.9Lbs          Gorgeeeeouuuuus my new fav
Height: 171cm/67.3in           Translate                                                                         👍
More ⌄                         Overall Fit: True to Size  Size: EUR40  Colour: Black
                                                                                                    30 Nov.2019

                                           ◄  1 … 6  7  8  9  10 … 59  ►

## Customers Also Viewed