UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIRWAIR INTERNATIONAL LTD.,

Plaintiffs,

v.

ZOETOP BUSINESS CO., LIMITED,

Defendants.

Case No.  20-cv-07696-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR REFERRAL:  Private Mediation, Mediator TBD.

FURTHER CASE MANAGEMENT: 3/26/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 9/30/2021.

DESIGNATION OF EXPERTS: 10/29/2021; REBUTTAL: 11/30/2021;
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/30/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/21/2022;
   Opp. Due: 2/4/2022; Reply Due: 2/11/2022;
   and set for hearing no later than 2/25/2022 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 4/5/2022 at 3:30 PM.

Jury TRIAL DATE: 4/18/22 at 8:30 AM.
   Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: February 5, 2021

SUSAN ILLSTON
United States District Judge