**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** March 26, 2021 | **Time:** 4 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 20-cv-07696-SI | **Case Name:** AirWair International Ltd. v. Zoetop Business Co., Limited | |

**Attorney for Plaintiff:** Alexandra Whitworth
**Attorney for Defendant:** Heather Silver

**Deputy Clerk:** Esther Chung                               AT&T Teleconference Recording

### AT&T TELECONFERENCE PROCEEDINGS

Telephonic Further Case Management Conference – held.

### SUMMARY

The parties are still optimistic that they can settle this matter.  The Court orders that mediation be completed by **6/24/21.**  The parties were instructed to file notification once a mediator and mediation date is confirmed.

Case continued to **July 30, 2021 at 3:00 p.m.** for Further Case Management Conference. Joint Case Management Statement due by **July 23, 2021.**