**BRYAN CAVE LEIGHTON PAISNER LLP**
Marcy J. Bergman, California Bar No. 75826
Alexandra C. Whitworth, California Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:	(415) 675-3400
Facsimile:	(415) 675-3434
Email:	marcy.bergman@bclplaw.com
	alex.whitworth@bclplaw.com
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

**GREENBERG TRAURIG, LLP**
Nina D. Boyajian, California Bar No. 246415
Heather Silver, California Bar No. 285509
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:	(310) 586-7700
Facsimile:	(310) 586-7800
Email:	boyajiann@gtlaw.com
	silverh@gtlaw.com

**GREENBERG TRAURIG, LLP**
Lisa Li, California Bar No. 260474
4 Embarcadero Center #3000
San Francisco, CA 94111
Telephone:	(415) 655-1300
Facsimile:	(415) 707-2010
Email:	lil@gtlaw.com
Attorneys for Defendant
ZOETOP BUSINESS CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN and ROMWE, a Hong Kong corporation, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 5:20-cv-07696-SI<br><br>**STIPULATED JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT SCHEDULED MEDIATION**<br><br>Date Action Filed: November 2, 2020 |

Plaintiff AIRWAIR INTERNATIONAL LTD. and Defendant ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN and ROMWE, a Hong Kong corporation ("ZoeTop") (collectively, "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

1. The Parties have selected a mediator and have set a mediation date of July 8, 2021.

2. The Court has currently set a deadline of June 24, 2021 by which the Parties are to have conducted a mediation.

3. The Parties, their counsel, their representatives, and the mediator have determined July 8 as an available date and agreed to mediate at that time.

WHEREFORE, the Parties request that the Court extend the mediation deadline to July 9, 2021.

Dated: June 21, 2021        **BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Alexandra Whitworth*
Alexandra C. Whitworth
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

**GREENBERG TRAURIG, LLP**

Dated: June 21, 2021

By: */s/ Nina D. Boyajian*
Nina D. Boyajian
Attorneys for Defendant
ZOETOP BUSINESS CO. LTD.

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

*/s/ Alexandra C. Whitworth*

Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111

---

JOINT STIPULATION TO EXTEND MEDIATION DEADLINE
CASE NO. 5:20-cv-07696-SI