GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN CA 246415)
boyajiann@gtlaw.com
Heather J. Silver (SBN CA 285509)
silverh@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone:  310-586-7700; Facsimile:  310-586-7800

GREENBERG TRAURIG, LLP
Jie (Lisa) Li (SBN CA 260474)
lil@gtlaw.com
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  415-655-1300; Facsimile:  415-707-2010

Attorneys for Defendant ZOETOP BUSINESS CO., LIMITED d/b/a/ SHEIN and ROMWE

BRYAN CAVE LEIGHTON PAISNER LLP
Marcy J. Bergman (SBN CA 75826)
marcy.bergman@bclplaw.com
Alexandra C. Whitworth (SBN CA 303046)
alex.whitworth@bclplaw.com
Ellen E. Whitehorn (SBN MO 71226, *pro hac vice*)
ellen.whitehorn@bclplaw.com
Matthew Minder (SBN MO 61686 *pro hac vice*)
Matt.minder@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone:  415-675-3400; Facsimile:  415-675-3434

Attorneys for Plaintiff AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>                Plaintiff,<br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED d/b/a/ SHEIN and ROMWE, a Hong Kong corporation, and DOES 1-50, inclusive,<br><br>                Defendants. | CASE NO.:  3:20-cv-07696-SI<br><br>Honorable Susan Illston<br><br>**STIPULATION TO CASE SCHEDULE**<br><br>Action Filed:   November 2, 2020 |

1   Plaintiff AirWair International Ltd. and Defendant Zoetop Business Co., Limited d/b/a Shein and Romwe (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 30, 2021, the Parties attended a Further Case Management Conference at which the Court set a new trial date of July 11, 2022;

WHEREAS, the Court instructed the Parties to meet and confer as to the remaining schedule for the case based on the new July 11, 2022, trial date;

WHEREAS, the Parties met and conferred and have agreed upon a schedule for the remaining dates based on the new July 11, 2022, trial date;

NOW, THEREFORE, IT IS HEREBY STIPULATED that the case schedule shall be:

| Event | Date |
| --- | --- |
| Non-Expert Discovery Cut-Off | December 16, 2021 |
| Expert Disclosures / Reports | January 21, 2022 |
| Rebuttal Disclosures / Reports | February 18, 2022 |
| Expert Discovery Cut-Off | March 24, 2022 |
| Last Day to File Dispositive Motions | April 15, 2022 |
| Oppositions to Dispositive Motions | April 29, 2022 |
| Replies to Dispositive Motions | May 6, 2022 |
| Dispositive Motion Hearing Deadline | May 20, 2022 |
| Pretrial Conference | June 28, 2022 |
| Trial | July 11, 2022 |

DATED: August 4, 2021         GREENBERG TRAURIG, LLP

By: /s/ Nina D. Boyajian
Nina D. Boyajian
Heather J. Silver
Jie (Lisa) Li
Attorneys for Defendant
ZOETOP BUSINESS CO., LIMITED

1

DATED: August 4, 2021                    BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Ellen E. Whitehorn*
March J. Bergman
Alexandra C. Whitworth
Ellen E. Whitehorn
Matthew Minder
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

## **ATTESTATION**

I, Nina D. Boyajian, am the ECF user whose ID and password are being used to file this Stipulation to Case Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

Dated: August 4, 2021                    */s/ Nina D. Boyajian*
Nina D. Boyajian