UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ZOETOP BUSINESS CO., LIMITED,<br><br>Defendants. | Case No. 20-cv-07696-SI  (SI)<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>Re: Dkt. No. 42 |

Defendant's motion for leave to amend its answer and affirmative defenses to add affirmative defenses and counterclaims came on for hearing on October 21, 2021. All parties were represented by counsel, and oral arguments were heard. For the reasons articulated at the hearing, the Court GRANTS the motion. Rule 15 provides that the Court should "freely give" leave to amend when justice so requires. Here, the Court finds that Zoetop's request is timely, made in good faith, is not futile, and will not unduly prejudice AirWair. Plaintiff shall file its amended answer by November 4, 2021.

**IT IS SO ORDERED**.

Dated: October 22, 2021

_____
SUSAN ILLSTON
United States District Judge