UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AIRWAIR INTERNATIONAL LTD., | Case No.  20-cv-07696-SI  (SI) |
| Plaintiffs, | |
| v. | **AMENDED PRETRIAL** |
| ZOETOP BUSINESS CO., LIMITED, | **PREPARATION ORDER (CIVIL)** |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Early Settlement Conference to occur with Judge Cousins between 1/17/2022 through 1/28/2022.

FURTHER CASE MANAGEMENT: 2/18/2022 at 3:00 PM.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF except for Document Productions and Fact Depositions is: 12/16/2021.

NON-EXPERT DISCOVERY CUTOFF for Documents Productions and Fact Depositions: 1/27/2022.

DESIGNATION OF EXPERTS: 2/18/2022; REBUTTAL: 3/18//2022;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/21/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/13/2022;
        Opp. Due: 5/27/2022; Reply Due: 6/3/2022;
        and set for hearing no later than 6/17/2022 at 10:00 AM.

PRETRIAL PAPERWORK:  7/12/2022;
PRETRIAL CONFERENCE DATE: 7/26/2022 at 3:30 PM.

JURY TRIAL DATE: 8/8/2022 at 8:30 AM.

Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 6, 2021

SUSAN ILLSTON
United States District Judge