UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> ZOETOP BUSINESS CO., LIMITED, <br><br> Defendant. | Case No. 20-cv-07696-SI <br><br> **ORDER (1) GRANTING DEFENDANT'S MOTION FOR LIMITED STAY AND (2) REQUIRING PLAINTIFF'S RESPONSE TO MOTION FOR RELEIF** <br><br> Re: Dkt. Nos. 97, 98 |

On January 6, 2022, defendant Zoetop filed a motion for relief from the magistrate judge's nondispositive order requiring the production of documents pursuant to AirWair's RFP Nos. 10 and 19. Dkt. No. 97 (Motion for Relief); Dkt. No. 89 at 4-5 (Contested Nondispositive Order). That same day, defendant also filed a motion to stay the production of the documents identified in the magistrate's nondispositive order pending the resolution of the motion for relief. Dkt. No. 98 (Motion to Stay). The Court hereby **ORDERS** plaintiff AirWair to file a response to defendant's motion for relief no later than January 14, 2022. Local Rule 72-2. The response should address any perceived deficiencies in defendant's proposal that the Court "limit any additional production to cease and desist letters and filed Complaints alleging trademark infringement of footwear products against Zoetop only (the only defendant in this case) since January 1, 2016." Dkt. No. 97 at 6. The Court **GRANTS** the motion to stay pending the resolution of the motion for relief.

**IT IS SO ORDERED**.

Dated: January 7, 2022

_____
SUSAN ILLSTON
United States District Judge