**BRYAN CAVE LEIGHTON PAISNER LLP**
Marcy J. Bergman, California Bar No. 75826
K. Lee Marshall, California Bar No. 277092
Alexandra C. Whitworth, California Bar No. 303046
Joseph J. Poppen, California Bar No. 239282
Helen C. Looney, California Bar No. 324725
Courtney Thompson, California Bar No. 335623
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400; Facsimile: (415) 675-3434
Email: marcy.bergman@bclplaw.com; alex.whitworth@bclplaw.com

Matthew G. Minder, *pro hac vice*
Ellen E. Whitehorn, *pro hac vice*
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
Telephone: (314) 259-2020; Facsimile: (314) 259-2000
Email: matt.minder@bclplaw.com; ellen.whitehorn@bclplaw.com

Attorneys for Plaintiff and Counterclaim-Defendant
AIRWAIR INTERNATIONAL LTD.

**GREENBERG TRAURIG, LLP**
Nina D. Boyajian, California Bar No. 246415
Heather Silver, California Bar No. 285509
Kenneth Cochran, California Bar No. 325426
Shamar Toms-Anthony, California Bar No. 323246
Caroline Korpiel, California Bar No. 336147
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:(310) 586-7700; Facsimile: (310) 586-7800
Email: boyajiann@gtlaw.com; silverh@gtlaw.com

Attorneys for Defendant and Counterclaimant
ZOETOP BUSINESS CO., LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN and ROMWE, a Hong Kong corporation, and DOES 1-50,<br><br>　　　　　Defendants,<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 3:20-cv-07696-SI<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**<br><br>Date Action Filed: November 2, 2020 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms of the Parties' Settlement Agreement, Plaintiff and Counterclaim-Defendant AirWair International Ltd. ("AirWair") and Defendant and Counterclaimant Zoetop Business Co., Limited ("Zoetop" and collectively with AirWair, the "Parties"), by and through undersigned counsel, hereby stipulate that this action and all claims, counterclaims, and defenses asserted by either Party, be dismissed with prejudice, with each Party bearing its own attorneys' fees, costs, and expenses. The Parties also request that the Court retain jurisdiction for enforcement, if necessary, of the Settlement Agreement. Finally, the Parties respectfully request that the Court vacate all pending hearings.

Respectfully submitted,

Dated: February 24, 2022

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ K. Lee Marshall
K. Lee Marshall
Attorneys for Plaintiff and Counterclaim-Defendant
AIRWAIR INTERNATIONAL LTD.

Dated: February 24, 2022

**GREENBERG TRAURIG, LLP**

By: /s/ Nina D. Boyajian
Nina D. Boyajian
Attorneys for Defendant and Counterclaimant
ZOETOP BUSINESS CO. LTD.

## [PROPOSED] ORDER

Upon the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to all Parties, with each Party bearing its own attorneys' fees, costs, and expenses;

2. This Court will retain jurisdiction for enforcement, if necessary, of the Settlement Agreement.

IT IS SO ORDERED.

_____, 2022

_____
Honorable Susan Illston
United States District Court
Northern District of California.