**BRYAN CAVE LEIGHTON PAISNER LLP**
Kenneth L. Marshall, California Bar No. 277092
*lee.marshall@bclplaw.com*
Alexandra C. Whitworth, California Bar No. 303046
*alex.whitworth@bclplaw.com*
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434

Jeffrey A. Wakolbinger, *pro hac vice pending*
*jeff.wakolbinger@bclplaw.com*
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:     (312) 602-5000
Facsimile:      (312) 602-5050

Ellen E. Whitehorn, *pro hac vice pending*
*ellen.whitehorn@bclplaw.com*
Nicole L. Wurm*, pro hac vice pending*
*nicole.wurm@bclplaw.com*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Attorneys for Plaintiff AIRWAIR INTERNATIONAL LTD.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN and ROMWE, a Hong Kong corporation, and DOES 1-50,<br><br>Defendants. | Case No. 3:20-cv-07696-SI<br><br>(Related Case No. 3:24-cv-08437-WHO)<br><br>**ADMINISTRATIVE MOTION OF PLAINTIFF AIRWAIR INTERNATIONAL LTD. TO CONSIDER WHETHER CASES SHOULD BE RELATED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**[CIVIL LOCAL RULE 3-12]** |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 3-12 of the above-entitled Court, Plaintiff AirWair International Ltd. ("Plaintiff") hereby submits this motion requesting that the Court consider whether the newly filed case against *ZoeTop Business Co., Ltd. d/b/a SHEIN* (N.D. Cal. Case No. 3:24-cv-08437), is related to *AirWair International Ltd. v. ZoeTop Business Co., Ltd. d/b/a SHEIN and ROMWE, et al.* (N.D. Cal. Case No. 3:20-cv-07696-SI) (the "Prior ZoeTop Action").

This Administrative Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file in this action, and such other and further matters as the Court may consider. Defendant Zoetop Business Co., Ltd. consents to this Motion.

Dated: December 4, 2024     **BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ K. Lee Marshall*
     Kenneth Lee Marshall
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

With the consent of Defendant Zoetop Business Co., Ltd., Plaintiff AirWair International Ltd. requests that the Court grant its Administrative Motion to relate the "Prior ZoeTop Action," *AirWair International Ltd. v. ZoeTop Business Co., Ltd. d/b/a SHEIN and ROMWE, et al.* (N.D. Cal. Case No. 3:20-cv-07696-SI), to the newly filed case against ZoeTop Business Co., Ltd. d/b/a SHEIN (N.D. Cal. Case No. 3:24-cv-08437). Both cases involve the same Plaintiff and Defendant, assert the same alleged infringement of the same trademarks for Dr. Martens® boots and shoes, and are substantially similar in their allegations. Additionally, the newly filed case alleges that the settlement agreement resolving the Prior ZoeTop Action has been breached. Thus, it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. The Prior ZoeTop Action was heard by the Honorable Susan Illston and Plaintiff believes that judicial efficiency and avoidance of duplication of labor will be achieved if the newly filed ZoeTop Action is also heard by Judge Illston.

## II. FACTUAL BACKGROUND

On November 2, 2020, Plaintiff filed a lawsuit against ZoeTop in the Northern District of California, styled *Airwair International Ltd. v. Zoetop Business Co. Ltd.*, Case No. 3:20-cv-07696, alleging claims for federal trademark infringement, federal false designation of origin, trademark dilution, California statutory unfair competition, common law unfair competition, and California statutory trademark dilution. The Prior ZoeTop Action initially was assigned to the Honorable Virginia K. DeMarchi. On November 10, 2020, this Court granted Plaintiff's Motion to Relate and the Prior ZoeTop Action was reassigned to Judge Susan Illston, who presided over the case through its dismissal pursuant to a settlement agreement.

The Prior ZoeTop Action alleged that Plaintiff own rights for various trade dress, both unregistered and subject to several U.S. trademark registrations in the United States Patent and Trademark Office and that the ZoeTop Defendants manufactured, marketed, distributed, and sold boots that were confusingly similar to Plaintiff's registered and unregistered trademark rights. (*See* ECF No. 1.) The case ultimately settled and was dismissed on February 24, 2022. (ECF No. 105.)

Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111

1  The Settlement Agreement reached between Plaintiff and ZoeTop provides that any dispute related
2  to the enforcement of the Settlement Agreement may be heard in this judicial District before the
3  Honorable Susan Illston.

4  With Defendant's consent, Plaintiff now seeks to relate the newly filed ZoeTop Action to
5  the Prior ZoeTop Action.

**III.   THE NEWLY FILED ZOETOP ACTION AND THE PRIOR ZOETOP ACTION ARE RELATED CASES.**

Pursuant to Local Rule 3-12, "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The newly filed ZoeTop Action and the Prior ZoeTop Action involve the same Plaintiff and Defendant, allege largely the same causes of action arising out of the infringement of the same trade dress marks for Dr. Martens® boots and shoes, and are substantially similar in their allegations. Additionally, the newly filed case asserts claims that the settlement agreement resolving the Prior ZoeTop Action has been breached. It is therefore likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Indeed, this fact was recognized by this Court when it related the Prior ZoeTop Action to *AirWair International Ltd. v. Forever 21, Inc., et al.* (N.D. Cal. Case No. 3:09-cv-3575) (*see* ECF No. 7), which involved the same causes of action arising out of infringement of the same Trade Dress Marks for Dr. Martens® boots and shoes, albeit in that case against a different defendant. For the same reasons and more, the newly filed ZoeTop Action should also be deemed related to the Prior ZoeTop Action.

Further, pursuant to Paragraph 16 of the Settlement Agreement, the parties agree that the newly filed ZoeTop Action may be specifically heard by Judge Illston, who has previously presided over the aforementioned cases in this District and is perhaps best situated to preside over claims that the parties' settlement agreement has been breached.

As of the date of the filing of this Motion, Plaintiff is not aware of any other actions pending in another state or federal court that involve all or a material part of the same subject matter and all or substantially all of the same parties as this action.

**IV.   CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its Administrative Motion to Consider Whether Cases Should be Related, thereby relating the newly filed ZoeTop Action to the Prior ZoeTop Action.

Dated:  December 4, 2024                    **BRYAN CAVE LEIGHTON PAISNER LLP**

By:   */s/ K. Lee Marshall*
          Kenneth Lee Marshall
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.